IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GARY NOWLIN,

    Plaintiff,

v.                                                    4:19cv314–WS/HTC

WALT MCNEIL, SHERIFF OF
LEON COUNTY, ED LEE,
DIRECTOR LEON COUNTY
JAIL, and LEON COUNTY JAIL,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 13) docketed August 14, 2019. The magistrate judge recommends that the plaintiff's first amended complaint be dismissed for failure to state a claim. In response, the plaintiff has filed a second amended complaint (ECF No. 14), which he offers as an "answer" to the magistrate judge's recommendation to dismiss.

In his first amended complaint (ECF No. 12), the plaintiff named as defendants (1) Walt McNeil, Sheriff of Leon County; (2) Ed Lee, Director of the

Leon County Jail; and (3) the Jail, as "an entity." He also added a plaintiff to his case, Gary McCracken, another pretrial detainee at the Leon County Jail. He alleged that the defendants (1) were deliberately indifferent to his safety, health, and welfare, and (2) denied him access to the law library. The magistrate judge recommended dismissal for improper joinder of a pretrial detainee as an additional plaintiff, for suing an entity (the jail) that is not a legal entity subject to suit, and for failing to state a claim against Sheriff McNeil and Director Lee.

In his second amended complaint, the plaintiff has named two new defendants—Ms. Garcia, a doctor at the Leon County Jail, and Ms. Barkley, the Medical Director at the Leon County Jail. Addressing some of the deficiencies noted by the magistrate judge in her report and recommendation, the plaintiff has eliminated all three of the defendants, the additional plaintiff, and his access-to-the-law-library claim that were included in his first amended complaint. He continues to assert a Fourteenth Amendment deliberate indifference claim based on the same factual allegations regarding lack of proper diet and inadequate medical care that were asserted in his original and first amended complaints. Although now directed to two different defendants, the plaintiff's factual allegations—the same that were addressed by the magistrate judge—remain insufficient to state a claim for deliberate indifference to a pretrial detainee's welfare. As recommended by the

magistrate judge, the plaintiff's Fourteenth Amendment claim is due to be dismissed.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 13) is ADOPTED and incorporated by reference in this order.

2. The plaintiff's second amended complaint (ECF No. 14) is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii) for the plaintiff's failure to state a claim on which relief may be granted.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this __18th__ day of __September__, 2019.

                                    s/ William Stafford
                                    WILLIAM STAFFORD
                                    SENIOR UNITED STATES DISTRICT JUDGE